THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
HUDSON VIEW GARDENS, INC., Respondent.

(Argued March 25, 1930; decided April 8, 1930.)

*Thomas C. T. Crain, District Attorney* (*Robert Daru* of counsel), for appellant.

*Joseph M. Dreyer* and *Irving L. Evans* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: POUND, CRANE and HUBBS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANGELO MOLINO, Appellant.

(Argued March 25, 1930; decided April 8, 1930.)

*Samuel Furstenburg* for appellant.

*Thomas C. T. Crain, District Attorney* (*Robert Daru* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.